# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Stockwalk Group, Inc. and Miller Johnson
Steichen Kinnard, Inc.,

      Plaintiffs,

vs.

Deutsche Bank AG, Deutsche Bank Securities,
Inc., Deutsche Bank Canada, Deutsche Bank
Securities Limited, Wayne Breedon, RBF
International, Inc., Kenneth D'Angelo, Richard
Evangelista, Ultimate Holdings, Ltd., Adnan
Khashoggi, GenesisIntermedia, Inc., Ramy El-
Batrawi and Bradford Keiller,

      Defendants.

Civil No.: 04-4164 (RHK/AJB)

**ORDER**

---

     This matter is before the Court upon the request of Plaintiffs Stockwalk Group, Inc. and Miller Johnson Steichen Kinnard, Inc. for leave to file a single, omnibus memorandum of law of in opposition to three motions for summary judgment filed by Defendants Deutsche Bank AG, Deutsche Bank Securities, Inc., Deutsche Bank Securities, Ltd., Wayne Breedon, and Richard Evangelista.  For good cause shown,

     **IT IS HEREBY ORDERED** that:

    1.  Plaintiffs' request is **GRANTED**;

    2.  Plaintiffs may file a single, omnibus memorandum in opposition to Defendants' motions for summary judgment; and

    3.  Plaintiffs' omnibus memorandum of law shall not exceed 15,000 words in length.

Dated June 28, 2005      .    s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge