UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Stockwalk Group, Inc. and Miller Johnson Steichen Kinnard, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Deutsche Bank AG, Deutsche Bank Securities Inc., Deutsche Bank Canada, Deutsche Bank Securities Limited, Wayne Breedon, RBF International, Inc., Kenneth D'Angelo, Richard Evangelista, Ultimate Holdings, Ltd., Adnan Khashoggi, GenesisIntermedia, Inc., Ramy El-Batrawi and Bradford Keiller,<br><br>Defendants. | No.: 04-cv-4164 (RHK/AJB)<br><br>**ORDER**<br><br>**(Relates to Docket No. 411)** |

This matter is before the Court upon the Stipulation of Plaintiffs Stockwalk Group, Inc. and Miller Johnson Steichen Kinnard, Inc., and Defendants Deutsche Bank AG, Deutsche Bank Securities Inc., Deutsche Bank Securities Limited, Deutsche Bank Canada, and Wayne Breedon.

Because these parties have resolved the disputes between them, IT IS HEREBY ORDERED that Plaintiffs' claims against Defendants Deutsche Bank AG, Deutsche Bank Securities Inc., Deutsche Bank Securities Limited, Deutsche Bank Canada, and Wayne Breedon are dismissed with prejudice, each Party to bear its own costs, disbursements, and fees.

Dated: July __13__, 2006          s/Richard H. Kyle
                                   Hon. Richard H. Kyle
                                   District Court Judge